IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALBERT FLOWERS, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv641-MHT |
| | ) | (WO) |
| WALTER WOODS, | ) | |
| | ) | |
| Respondent. | ) | |

| | | |
|---|---|---|
| ALBERT FLOWERS, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv767-MHT |
| | ) | (WO) |
| RDAP-BOP, et al., | ) | |
| | ) | |
| Respondents. | ) | |

| | | |
|---|---|---|
| ALBERT FLOWERS, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv76-MHT |
| | ) | (WO) |
| RDAP-BOP, et al., | ) | |
| | ) | |
| Respondents. | ) | |

JUDGMENT

Upon consideration of petitioner's motion to dismiss (doc. no. 45), it is ORDERED that the motion is granted, and these consolidated lawsuits are dismissed in their entirety without prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

These cases are closed.

DONE, this the 1st day of June, 2018.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**